**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01730-CV

### JAMES P. MURPHY, Appellant

### V.

### REED WILLIAMS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-4116-2012**

## ORDER

We **GRANT** appellant's May 2, 2013 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on May 2, 2013 filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE